UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Dorothy Holmes
                    Plaintiff,

v.                                      Case No.: 1:14–cv–08536
                                                    Honorable Edmond E. Chang

Officer George Hernandez, et al.
                    Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 5, 2016:

      MINUTE entry before the Honorable Edmond E. Chang: On the defense motion to bifurcate [123], after considering the motion, the Court denies it without prejudice, and on the following conditions. As the Court explained during the prior hearing, in the particular circumstances of this case, bifurcation might very well not save discovery time here because of the tighter factual relevancy of the alleged customs and practices in this case to the claimed liability of the individual Defendant–Officer. In other words, even if the Monell claims were bifurcated, Plaintiff would still pursue customs–and–practices discovery to show that the customs and practices did have a tendency to make it more likely that the individual Defendant would act as he allegedly did when using deadly force. Without that time–and–effort savings, it does not make sense to bifurcate. And, even after warning Plaintiff's counsel that this will likely cause delay in getting to trial, counsel did not drop the opposition. So the motion is denied. Having said that, discovery must be as focused as possible, both to avoid unreasonable burden and expense on the defense, and to minimize the extra time needed to complete this type of discovery. The parties must confer over the scope of Monell discovery (including the already pending discovery requests) by 01/19/2016. If there are disputes over concrete requests, then (after reasonable conferral), it is on the Plaintiff to file a motion to compel, explaining why the discovery should be allowed, by 02/09/2016. The status hearing of 01/06/2016 is reset for 02/11/2016 at 09:45 AM.Emailed notice(Chang, Edmond)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.